|   |   |
|---|---|
| Mark Picozzi, | Case No. 2:19-cv-971-JAD-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| State of Nevada, et al., | (ECF No. 20) |
| Defendants. | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

The plaintiff's motion to voluntarily dismiss his lawsuit (ECF No. 20) is GRANTED. All pending motions are denied as moot and this lawsuit is dismissed without prejudice. The clerk of the court is instructed to close this file.

Dated: January 23, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE